**Order issued December 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00825-CV

_____

**SHARIF CHOUDHURY, TAHERA CHOWDHURY, AND ENTERPRISE HOUSTON, INC., RAJINDER SINGH, RITA KAUR, RAJIV CHHABRA, AND GAURI CHHABRA, Appellants**

**V.**

**SLAWOMIR J. SKIBICKI AND A & SKIPOL, INC., Appellees**

**On Appeal from the 11th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-76488**

## MEMORANDUM ORDER

Appellants, Sharif Choudhury, Tahera Chowdhury, and Enterprise Houston, Inc., have filed a motion to voluntarily dismiss their appeal and request that all costs be assessed against the party incurring the same. Appellants state that

appellees have been contacted and do not oppose this motion and that this dismissal will not prevent any other parties from seeking relief to which they would otherwise be entitled. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). Although other parties have filed their own notices of appeal, no opinion has issued involving the above appellants. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal by Sharif Choudhury, Tahera Chowdhury, and Enterprise Houston, Inc., with costs to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (b), (d), 43.2(f). We dismiss any pending motions by the above appellants as moot. The appeal by the remaining appellants remains on this Court's active docket.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.